### Commonwealth *v.* Starnes, Appellant.

Submitted March 18, 1974. *Thomas E. Harting,* for appellant; *James R. Leonard, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Trout, Appellant.

Argued March 11, 1974. *John F. Krafsig, Jr.,* for appellant; *Marion E. MacIntyre,* Deputy District Attorney, with her *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.